**No. 51766.**— Protests 117349–K, etc., of C. J. Tower & Sons (Buffalo).

Opinion by Cline, J.   It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919).   In accordance therewith the claim for free entry was sustained.

**No. 51767.**—Protest 13993–K of Tuey Chinese Herb Co. (Los Angeles).

Opinion by Cline, J.   It was stipulated that the merchandise is similar in all material respects to that passed upon in *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372).   In accordance therewith certain items of the merchandise were held free of duty under paragraph 1669 as crude drugs, and other items were held dutiable at 10 percent under paragraph 34 as drugs, advanced.

**No. 51768.**—Protest 57908–K of Frank J. Markwalter Co. (New York).

Opinion by Ekwall, J.   In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein.   (See *John Barr* v. *United States*, 324 U. S. 83.)   In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on the entries.   The protest was sustained to this extent.

**No. 51769.**—Protests 120728–K, etc., of Wm. Filene's Sons Co. (Boston, etc.).

Opinion by Ekwall, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51770.**—Protests 789653–G, etc., of Associated Commercial Co. et al. (San Francisco).

Opinion by Ekwall, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51771.**—Protests 826807–G/10752, etc., of Alliance Distributors, Inc., et al. (New Orleans, etc.).

Opinion by Ekwall, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.